## ASSIGNMENT OF MORTGAGE

CONTACT NATIONSTAR MORTGAGE LLC FOR THIS INSTRUMENT 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, TELEPHONE # 469-549-2000, WHICH IS RESPONSIBLE FOR RECEIVING PAYMENTS.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, NATIONSTAR MORTGAGE LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2004-C, WHOSE ADDRESS IS C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 04/26/2004, made by **TOINI FARRAR AND CHARLES A. SMITH** to CENTEX HOME EQUITY COMPANY, LLC and recorded on 05/13/2004 in Book 3510, Page 1 and Doc # 6159, in the office of the Recorder of OXFORD EAST County, Maine.

IN WITNESS WHEREOF, this assignment was executed on 02/08/2016 (MM/DD/YYYY).
NATIONSTAR MORTGAGE LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC

By: _____
Chevakia Boston
ASST. SECRETARY

STATE OF Texas   COUNTY OF Dallas
The foregoing instrument was acknowledged before me on 02/08/2016 (MM/DD/YYYY), by Chevakia Boston as ASST. SECRETARY of NATIONSTAR MORTGAGE LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, who, as such ASST. SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

Colleen Barnett
Notary Public - State of Texas
Commission expires: NOV 3 0 2019

**COLLEEN BARNETT**
Notary Public, State of Texas
Comm. Expires 11-30-2019
Notary ID 130453613

Instrument Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019


EXHIBIT D

Recorded: Oxford East County 2/22/2016  10:31:24 AM
Patricia A Shearman Register of Deeds