U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 APR 19

DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| The Bank of New York Mellon f/k/a The Bank of New York, Successor to JPMorgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2004-C <br><br> Plaintiff <br><br> vs. <br><br> Toini Farrar a/k/a Toini Lynn Farrar and Charles A. Smith a/k/a Charles A. Smith III CitiFinancial Inc. <br><br> Defendants <br><br> Internal Revenue Service LVNV Funding LLC <br><br> Party-In-Interest | CIVIL ACTION NO: 2:23-CV-00069-JDL <br><br> ANSWER <br><br> RE: <br> 41 Orchard Street, Norway, ME 04268 <br><br> Mortgage: <br> April 26, 2004 <br> Book 3510, Page 1 <br><br> Oxford County Registry of Deeds |

## ANSWER

Defendant _Charles A. Smith, III_ answers Plaintiff's Complaint as follows:

Insert Name

1. Defendant [admits/denies/has insufficient information or knowledge to admit or deny paragraph one of Plaintiff's Complaint.]

2. [Follow the preceding example for each paragraph of Plaintiff's Complaint. If a paragraph contains more than one allegation and you cannot admit or deny them all, indicate

4

which allegation(s) you admit, which allegation(s) you deny, and which allegation(s) you lack sufficient information or knowledge to admit or deny.]

....

## DEFENSES

Without waiving the right to raise additional defenses, Defendant asserts the following defenses to the Complaint:

1.      [In a series of numbered paragraphs set out any defenses you believe you have to the claim(s) set forth in the Plaintiff's Complaint. For reference see Rule 12 of the Federal Rules of Civil Procedure.]

....

## **CLOSING**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in my missing important Court notices and deadlines in my case, which could lead to a judgment against me.

Date of signing: __4/19__, 2023

Signature of Defendant _____

Printed Name of Defendant    Charles A. Smith, III

Address    41 Orchard St.
           Norway, ME 04268

Phone    207-595-9769

E-mail    forty1.orchard@gmail.com


Respectfully submitted this 19th day of April, 2023

The Answer should be returned to:

> Edward T. Gignoux U.S. Courthouse
> 156 Federal Street
> Portland, Maine 04101

*or*

> Margaret Chase Smith Federal Building and U.S. Courthouse
> 202 Harlow Street
> Bangor, Maine 04401