UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 APR 19 P 2: 43

DEPUTY CLERK

| | |
|---|---|
| The Bank of New York Mellon f/k/a The Bank of New York, Successor to JPMorgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2004-C | CIVIL ACTION NO: 2:23-CV-00069-JDL |
| **Plaintiff** | **ANSWER** |
| vs. | **RE:** 41 Orchard Street, Norway, ME 04268 |
| Toini Farrar a/k/a Toini Lynn Farrar and Charles A. Smith a/k/a Charles A. Smith III CitiFinancial Inc. | Mortgage: April 26, 2004 Book 3510, Page 1 |
| | Oxford County Registry of Deeds |
| **Defendants** | |
| Internal Revenue Service LVNV Funding LLC | |
| **Party-In-Parest** | |

## ANSWER

Defendant ___Toini Ferrar___ answers Plaintiff's Complaint as follows:

Insert Name

1. Defendant [admits/denies/has insufficient information or knowledge to admit or deny paragraph one of Plaintiff's Complaint.]

2. [Follow the preceding example for each paragraph of Plaintiff's Complaint. If a paragraph contains more than one allegation and you cannot admit or deny them all, indicate

4

which allegation(s) you admit, which allegation(s) you deny, and which allegation(s) you lack

sufficient information or knowledge to admit or deny.]


....


## DEFENSES

Without waiving the right to raise additional defenses, Defendant asserts the following

defenses to the Complaint:

1.      [In a series of numbered paragraphs set out any defenses you believe you have to the

claim(s) set forth in the Plaintiff's Complaint. For reference see Rule 12 of the Federal Rules of

Civil Procedure.]

....


## CLOSING

I agree to provide the Clerk's Office with any changes to my address where case-related papers
may be served.  I understand that my failure to keep a current address on file with the Clerk's
Office may result in my missing important Court notices and deadlines in my case, which could
lead to a judgment against me.


Date of signing: _April 19, 2023_


Signature of Defendant          _____

Printed Name of Defendant        Toini Farrar

Address        41 Orchard St.

       Norway, ME 04268

Phone        207-595-9769

E-mail        forty1.orchard@gmail.com

Respectfully submitted this 19th day of April, 2023

The Answer should be returned to:

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101

*or*

Margaret Chase Smith Federal Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401