UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  The Bank of New York Mellon f/k/a The Bank of New York, Successor to JPMorgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2004-C vs. Toini Farrar a/k/a Toini Lynn Farrar and Charles A. Smith a/k/a Charles A. Smith III

DOCKET NO:  2:23-cv-00069-JAW

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1. | | | **Promissory Note** Centex Home Equity Company, LLC | | | | |
| 2. | | | **Mortgage to** Centex Home Equity Company, LLC | | | | |
| 3. | | | **Assignment of Mortgage to** The Bank of New York Mellon f/k/a The Bank of New York, Successor to JPMorgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2004-C | | | | |
| 4. | | | **Loan Modification Agreement dated November 15, 2016** | | | | |
| 5. | | | **Notice in Compliance with 14 M.R.S. § 6111** | | | | |
| 6. | | | **Affidavit of Commencement** | | | | |
| 7. | | | **Judgment Figures/Payment History** | | | | |
| 8. | | | **Military Status Report** | | | | |